FILED

MAY 2 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N D I C T M E N T** |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **4 : 2 6 CR 0 0 2 5 6** |
| | ) Title 21, United States Code, |
| AMY JO SONGER, | ) Sections 841(a)(1), (b)(1)(B), |
| | ) (b)(1)(B)(ii)(II), and 846 |
| Defendant. | ) **JUDGE BRENNAN** |
| | ) |

COUNT 1
(Conspiracy to Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846)

The Grand Jury charges:

1.      From on or about May 21, 2025, to on or about December 3, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant, AMY JO SONGER, did knowingly and intentionally combine, conspire and confederate with others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii)(II) and 846.

COUNT 2
(Attempted Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii)(II), and 846)

The Grand Jury further charges:

2.      On or about December 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant AMY JO SONGER did knowingly and intentionally attempt to possess with

the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii)(II), and 846.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 2 are re-alleged and incorporated herein by reference. As a result of the foregoing offenses, Defendant AMY JO SONGER shall forfeit to the United States any and all property constituting, or derived from, any proceeds she obtained, directly or indirectly, as the result of the violations charged herein; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2